UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIRACLE HURSTON, | Case No. 1:25-cv-922 |
| Plaintiff, | McFarland, J. |
| | Bowman, M.J. |
| v. | |
| VALLEY CENTRAL BANK, et al., | |
| Defendants. | |

**ORDER**

On December 15, 2025, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*, without payment of a filing fee. In the attached complaint, Plaintiff alleges that he has been subjected to racial discrimination and retaliation, as well as related state law claims, based on racially discriminatory banking practices by the Defendants. (Doc. 1-1.)

It appears from Plaintiff's *in forma pauperis* application that Plaintiff lacks the funds to pay the filing fee or to give security for such costs. Therefore, Plaintiff's motion to proceed without prepayment of costs will be granted.

Accordingly, **IT IS ORDERED THAT**:

1. Plaintiff's motion (Doc. 1) is granted, with the complaint to be FILED and this case to be commenced without prepayment of fees or costs;

2. The Clerk of Court shall transmit the summons forms to the United States Marshal, who shall serve a copy of the complaint, the summons, and this Order granting leave to proceed *in forma pauperis* upon each Defendant as directed by Plaintiff. All costs of service shall be advanced by the United States;

1

3. Plaintiff shall serve upon each Defendant or, if appearance has been entered by counsel, upon Defendant's attorney(s), a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a true and correct copy of any document was mailed to Defendants or their counsel. Any paper received by a district judge or magistrate judge which has not been filed with the clerk or which fails to include a certificate of service will be disregarded by the Court;

4. Plaintiff shall inform the Court promptly of any changes in Plaintiff's address which may occur during the pendency of this lawsuit.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge